IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DEVON JACKSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATLAS LOGISTICS GROUP RETAIL SERVICES, LLC and AMERICOLD LOGISTICS, LLC,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-00693-SDG-CCB |

## NOTICE OF SETTLEMENT IN PRINCIPLE

The Parties hereby notify the Court that they have reached a settlement in principle in the above-captioned matter. Once the Settlement Agreement has been fully executed, the Parties will file a Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted, this 2nd day of June, 2020.

/s/ *Matthew A. Dooley*
O'TOOLE, McLAUGHLIN,
DOOLEY & PECORA CO., LPA
Matthew A. Dooley (OH 0081482)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:  (440) 930-4001
Facsimile:   (440) 930-7208
Email: mdooley@omdplaw.com

SKAAR & FEAGLE, LLP
James M. Feagle
2374 Main Street
Suite B
Telephone:  (404) 373-1970
Facsimile:   (404) 601-1855
Email: jfeagle@skaarandfeagle.com

GORSKI LAW, PLLC
Greg Gorski, Esquire
1635 Market Street
Suite 1600
Philadelphia, PA 19103
Telephone:  (215) 330-2100
Email: greg@greggorskilaw.com
*Counsel for Plaintiff and the Putative Class*

/s/ *Joshua M. Lott*
William J. Simmons
LITTLER MENDELSON, P.C.
Suite 1400
1601 Cherry Street
Philadelphia, PA 19102
267-402-3000
Email: wsimmons@littler.com

Chad Joseph Kaldor
LITTLER MENDELSON, P.C.
21 East State Street
16th Floor
Columbus, OH 43215
614-463-4420
Fax: 614-221-3301
Email: ckaldor@littler.com

Joshua Mathias Lott
LITTLER MENDELSON, P.C.
3424 Peachtree Road NE
Suite 1200
Atlanta, GA 30326-1127
404-443-3516
Fax: 404-233-2361
Email: jlott@littler.com
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH DEVON JACKSON, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ATLAS LOGISTICS GROUP RETAIL SERVICES, LLC and AMERICOLD LOGISTICS, LLC,<br><br>　　　　Defendants. | CIVIL ACTION NO. 1:20-cv-00693-SDG-CCB |

## **CERTIFICATE OF SERVICE**

I certify that on June 2, 2020, the foregoing *Notice of Settlement* was filed electronically through the ECF system, which sent notification of such filing to the following:

Matthew A. Dooley
O'Toole, McLaughlin, Dooley & Pecora
5455 Detroit Road


Greg Gorski
Gorski Law
1635 Market Street, Suite 1600
Philadelphia, PA 19103

3

James Marvin Feagle
Skaar and Feagle
2374 Main Street, Suite B
Tucker, GA  30084


*/s/ Joshua M. Lott*
Joshua M. Lott

Attorney for Defendants